**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 14-6876**

MICHAEL D. GOINS, a/k/a Michael Goins,

                    Plaintiff – Appellant,

          v.

INVESTIGATOR ELBERT PEARSON, in his individual and official
capacity; SERGEANT C. LONG, in his individual and official
capacity; CORPORAL COUNCIL, in his individual and official
capacity,

                    Defendants – Appellees,

          and

MIRIAM COCCIOLONE; BERNARD MACKEY, in his individual and
official capacity; JON OMZINT, in his individual and
official capacity,

                    Defendants.

Appeal from the United States District Court for the District of
South Carolina, at Florence.   Richard Mark Gergel, District
Judge.  (4:12-cv-03494-RMG)

Submitted: October 21, 2014          Decided: November 6, 2014

Before NIEMEYER and KING, Circuit Judges, and DAVIS, Senior
Circuit Judge.

Affirmed by unpublished per curiam opinion.

Michael D. Goins, Appellant Pro Se.  James Victor McDade, DOYLE, O'ROURKE, TATE & MCDADE, PA, Anderson, South Carolina, for Appellees.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Michael D. Goins appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2012) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Goins v. Pearson, No. 4:12-cv-03494-RMG (D.S.C. May 29, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED